| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transferring Court)* CR-19-00411-003-PHX-DJH |
|---|---|---|
| | | DOCKET NUMBER *(Receiving Court)* 2:25-cr-00228-RFB-EJY-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT District of Arizona | DIVISION 2: Phoenix |
|---|---|---|
| Benjamin Lloyd Bunker | NAME OF SENTENCING JUDGE Diane J. Humetewa United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 4/13/2021 — TO 4/12/2026 |

FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
JULY 28 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| OFFENSE |
|---|
| 18 U.S.C. §371, Conspiracy |

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The Probation Office in the District of Nevada has requested a transfer of jurisdiction to allow for any future concerns while on supervision to be addressed efficiently by their District.

**PART 1- ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Benjamin Lloyd Bunker, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 25, 2025
Date

_____
Diane J. Humetewa
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 30, 2025
Effective Date

_____
United States District Judge